IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF MONTANA, <br><br> Plaintiff, <br><br> vs. <br><br> BNSF RAILWAY COMPANY, <br><br> Defendant. | CV 20–126–M–DLC <br><br><br> ORDER |

Before the Court is Defendant's Motion for Admission Pro Hac Vice of Craig Trueblood. (Doc. 6.) Defendant moves this Court for the admission of Craig Trueblood *pro hac vice* in the above-captioned matter. (*Id.*) Ms. Vander Stoep intends to act as local counsel. (*Id.*; Doc. 7 at 3.) Mr. Trueblood's application complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d)(3).

Accordingly, IT IS ORDERED that the motion (Doc. 6) is GRANTED on the condition that he does his own work. This means that Mr. Trueblood must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Trueblood shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Trueblood files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 19th day of November, 2020.

_____
Dana L. Christensen, District Judge
United States District Court